DANIEL J. ROACH, Respondent, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Roach* v. *N. Y. C. & H. R. R. R. Co.*, 136 App. Div. 944, affirmed.
(Argued March 31, 1911; decided April 25, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 7, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Alfred L. Becker* for appellant.

*Parton Swift* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, HAIGHT, VANN, WILLARD BARTLETT, CHASE and COLLIN, JJ. Dissenting: CULLEN, Ch. J.

---

CHARLES LEHMAN-CHARLEY, Respondent, *v.* JOHN R. BARTLETT et al., Appellants, Impleaded with Another.

*Lehman-Charley* v. *Bartlett*, 135 App. Div. 674, affirmed.
(Argued March 31, 1911; decided April 25, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 25, 1910, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to rescind a subscription for stock and to recover the amount paid therefor.

*John L. Wilkie* and *W. G. Peckham* for appellants.

*Howard Taylor* and *John G. Jackson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J.; GRAY, HAIGHT, VANN, CHASE and COLLIN, JJ. Not sitting: WILLARD BARTLETT, J.